■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MACKRIS, Appellant.—Judgment insofar as it imposes sentence unanimously reversed, sentence vacated, and matter remitted to Supreme Court, Erie County, for further proceedings (see *People v Jones,* 70 AD2d 1054). (Appeal from judgment of Erie Supreme Court—grand larceny, third degree.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.